# Exhibit 8

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|  | )SS: | CIVIL DIVISION NUMBER FIVE |
| COUNTY OF MARION | ) | CAUSE NUMBER 49D05-1809-PL-037971 |

DENISON, INC. and )
DENISON PARKING, INC. )
　　　　　　　　　　　　　　　　)
　　　Plaintiffs, )
　　　　　　　　　　　　　　　　)
　v. )
　　　　　　　　　　　　　　　　)
CARL E. MOST & SON, INC., )
　　　　　　　　　　　　　　　　)
　　　Defendant. )

FILED
November 21, 2022
CLERK OF THE COURT
MARION COUNTY
AG

## ENTRY OF JUDGMENT ON VERDICT

The Court, after having received a verdict of the jury on November 18, 2022, now enters judgment in accordance with the verdict reached by the jury.

SO ORDERED this 21st day of November 2022.

　　　　　　　　　　　　　　　　　　　　　　　*John M. T. Chavis, II*
　　　　　　　　　　　　　　　　　　　　　　　John M. T. Chavis, II, Judge
　　　　　　　　　　　　　　　　　　　　　　　Marion Superior Court
　　　　　　　　　　　　　　　　　　　　　　　Civil Division Number Five

*Distribution via IEFS:*

Counsel of Record

**VERDICT FORM B – BREACH OF CONTRACT**

VERDICT FOR THE PLAINTIFF ON BREACH OF CONTRACT

We, the Jury, decide in favor of the Plaintiffs, Denison, Inc. and Denison Parking, Inc., and against the Defendant, Carl E. Most & Son, Inc., on Plaintiffs' claim for breach of contract and decide Plaintiffs' damages are $ _8,000,000.00_.

Date: _11/18/2022_

_____
Presiding Juror

FILED
NOV 18 2022   (129)
Myla A. Eldridge
CLERK

## VERDICT FORM 5001B – NEGLIGENCE

VERDICT FOR THE DEFENDANT ON COMPARATIVE FAULT

We, the Jury, assign the following percentages of fault:

| | |
|---|---|
| Plaintiffs Denison, Inc. and Denison Parking, Inc. | 51 % |
| Defendant, Carl E. Most & Son, Inc. | 49 % |
| Non-Party Arsee Engineering Co | 0 % |
| Non-Party The New Group Inc. | 0 % |
| Non-Party The Structural Adhesive Company | 0 % |
| Non-Party Atlantic Polymer Group | 0 % |
| Non-Party Carl Walker & Associates | 0 % |
| Non-Party James & Associates, Inc. | 0 % |

(The fault percentages listed in the blanks must total 100%).

Because plaintiffs' fault is greater than 50%, we therefore decided in favor of the Defendant, Carl E. Most & Son, Inc. and against the Plaintiffs Denison, Inc. and Denison Parking, Inc.

Date: 11/18/2022

_____
Presiding Juror

**FILED**
NOV 18 2022 (129)
Myla A. Eldridge
CLERK