UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA INSURANCE COMPANY, ) <br> ) <br> Cross Claimant. ) <br> ) <br> v. ) <br> ) <br> CARL E. MOST & SON, INC., ) <br> DENISON INC., ) <br> DENISON PARKING, INC., ) <br> ) <br> Cross Defendants. ) <br> ) <br> _____ ) <br> ) <br> DENISON, INC. and ) <br> DENISON PARKING, INC., ) <br> ) <br> Cross Claimants, ) <br> ) <br> v. ) <br> ) <br> INDIANA INSURANCE COMPANY, ) <br> ) <br> Cross Defendant. ) | 1:22-cv-01822-JMS-CSW |

**ORDER DIRECTING FILING OF A PLEADING AUTHORIZING DISMISSAL**

The pviate mediator has reported a settlement of the remaining claims. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with their agreement. All pending motions, if any, are now DENIED AS MOOT and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

IT IS ORDERED that counsel shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the Court's signature ordering the dismissal (in conformance

with the agreement of the parties) **no later than April 4, 2025.** Failure to comply with this order will result in DISMISSAL WITH PREJUDICE pursuant to Rule 41(b), Fed. R. Civ. P. for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this period of time.

Date: 3/5/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

William David Beyers
BUCHANAN & BRUGGENSCHMIDT, P.C.
bbeyers@bbinlaw.com

Colleen M. Costello
Weber Gallagher Simpson Stapleton Fires & Newby LLP
ccostello@wglaw.com

Mark Jason Crandley
BARNES & THORNBURG, LLP (Indianapolis)
mcrandley@btlaw.com

Charles P. Edwards
BARNES & THORNBURG, LLP (Indianapolis)
charles.edwards@btlaw.com

Edward F. Harney, Jr.
HUME SMITH GEDDES GREEN & SIMMONS
eharney@humesmith.com

Lara K. Langeneckert
Barnes & Thornburg LLP
lara.langeneckert@btlaw.com

Neal R. Novak
Weber Gallagher Simpson Stapleton Fires & Newby LLP
nnovak@wglaw.com

James P. Strenski
Drewry Simmons Vornehm, LLP
jstrenski@dsvlaw.com

Case 1:22-cv-01822-JMS-CSW   Document 210   Filed 03/05/25   Page 3 of 3 PageID #: 8294