UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARLEYSVILLE LAKE STATES INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>vs.<br><br>CARL E. MOST & SON, INC., DENISON, INC., DENISON PARKING, INC., and INDIANA INSURANCE COMPANY,<br><br>*Defendants*. | No. 1:22-cv-01822-JMS-CSW |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

All claims in this case have been resolved either by Court order or joint stipulation of dismissal, and the Court now enters Final Judgment. Specifically, for the reasons set forth in the Court's Order entered June 24, 2024, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff Harleysville Lake States Insurance Company and against Defendants Carl E. Most & Son, Inc.; Denison, Inc.; Denison Parking, Inc.; and Indiana Insurance Company on: (1) Harleysville Lake States Insurance Company's claims against those entities; and (2) those entities' counterclaims against Harleysville Lake States Insurance Company.

Additionally, for the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES WITH PREJUDICE**: (1) Indiana Insurance Company's crossclaims against Carl E. Most & Son, Inc.; Denison, Inc.; and Denison Parking, Inc.; and (2) Denison, Inc. and Denison Parking, Inc.'s crossclaims against Indiana Insurance Company.

This case is now **TERMINATED.**

Date: 4/28/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only to all counsel of record</u>**